**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

--------------------------------X

| | | |
|---|---|---|
| **TFORCE FREIGHT, INC.,** *Plaintiff,* | : | Civ. Case No. ___________ |
| v. | : | |
| **XPAC CORPORATION,** *Defendant.* | : | |

--------------------------------X

## COMPLAINT

COMES NOW, Plaintiff TFORCE FREIGHT, INC. ("TForce Freight" or "Plaintiff") by and through its undersigned counsel, and files this Complaint against Defendant XPAC CORPORATION ("XPAC" or "Defendant"), and alleges as follows:

## I. INTRODUCTION

1. This is an action for breach of contract and collection of a liquidated debt arising from unpaid transportation services provided by Plaintiff TForce Freight to Defendant XPAC, pursuant to the parties' course of dealing and bills of lading, under the Puerto Rico Civil Code provisions governing contractual obligations and collection of debt.

2. Plaintiff TForce Freight seeks recovery of the principal sum of $106,269.99, together with pre-judgment and post-judgment interest, costs, attorneys' fees as permitted by law, and such other legal and equitable relief as the Court deems just and proper.

3. All conditions precedent to the filing of this lawsuit have been performed or have occurred.

## II. JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1), as this is a civil action with diversity between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5. This Court has personal jurisdiction over Defendant XPAC Corporation. XPAC is authorized to conduct business in Puerto Rico, maintains a registered office in Guaynabo, Puerto Rico, and has appointed a resident agent for service of process in Puerto Rico.

6. The claims asserted herein arise directly out of XPAC's business activities in Puerto Rico. XPAC engaged TForce Freight through its Puerto Rico operations to arrange transportation services in furtherance of XPAC's commercial activities; shipments originated from and/or were delivered to Puerto Rico; and payment obligations were incurred in connection with XPAC's Puerto Rico business operations.

7. Through these continuous and systematic commercial activities in Puerto Rico, and by purposefully directing and conducting business within this District, XPAC has established sufficient minimum contacts with Puerto Rico such that the exercise of personal jurisdiction over it comports with due process and traditional notions of fair play and substantial justice.

8. Venue is proper in the United States District Court for the District of Puerto Rico pursuant to 28 U.S.C. § 1391(b)(1) and (2), because Defendant resides in this District for venue purposes and a substantial part of the events or omissions giving rise to Plaintiff TForce Freight's claims occurred in Puerto Rico.

## III. FACTUAL BACKGROUND

***The Parties' Business Relationship***

9. TForce Freight is a corporation incorporated in the State of Virginia with its principal place of business in Virginia and operates as an interstate motor carrier engaged in the business of transporting freight in interstate and territorial commerce for compensation. TForce Freight provides delivery and logistics services throughout the United States, including transportation to and from Puerto Rico.

10. XPAC is registered to do business in Puerto Rico as an active Foreign For-Profit Corporation engaged in the sale and distribution of packaging equipment and related goods, with its corporate domicile at 1772 Sheridan Street, Suite 137, Hollywood, Florida 33020. XPAC is no longer active in Florida. In connection with its business operations, XPAC regularly ships goods to customers and other third parties, including from and through Puerto Rico. XPAC is duly authorized to conduct business in Puerto Rico and maintains a designated office registered with the Puerto Rico Department of State located at Mansiones de Guaynabo Street 5, No. E-10, Guaynabo, Puerto Rico 00969, with Rafael G. Vidal Portela as its resident agent.

11. At all relevant times, XPAC engaged TForce Freight to transport goods in furtherance of XPAC's commercial operations. Shipments were arranged directly between XPAC and TForce Freight through XPAC personnel and representatives located in Puerto Rico.

12. At all relevant times, XPAC was the owner of the goods transported and engaged TForce Freight directly, not as a broker or intermediary, but as the principal responsible for payment of the transportation services.

13. The parties did not operate under a master transportation services agreement.

Rather, at XPAC's request that TForce Freight provide transportation services, each shipment was arranged as an individual transaction pursuant to agreed-upon quotes and communications between the parties, and the bills of lading and invoices memorialized the essential terms of each transaction, thereby creating binding contractual obligations under Puerto Rico law.

14. For each shipment, a bill of lading was issued identifying TForce Freight as the carrier and reflecting XPAC's role in the transaction as shipper, consignee, billed party, and/or customer, depending on the specific shipment. These bills of lading, generated by terminals and agents acting on XPAC's behalf and derived from XPAC's packing slips and approved quotes, together with the parties' course of conduct, governed the transportation services provided by TForce Freight.

15. Although XPAC accepted the transportation services it contracted with TForce Freight to provide, XPAC failed to pay TForce Freight's invoices for such delivery services, beginning on or about April 21, 2022 and continuing through January 10, 2025. Over several months, TForce Freight communicated with XPAC in an attempt to collect the amounts due, but XPAC has failed to make the necessary payments. As of the date of this filing, XPAC owes TForce Freight the total outstanding balance of $106,269.99.

***The Unpaid Invoices***

16. The shipments associated with the invoices at issue in this Complaint were tendered for transportation at XPAC's request and for XPAC's benefit and were transported by TForce Freight under bills of lading identifying TForce Freight as the carrier. Depending on the particular shipment, XPAC appeared on the shipping documents as shipper, consignee, and/or billed party, or the shipper was a third-party vendor acting in connection with XPAC's purchase or distribution

of goods. Each shipment was delivered to the designated consignee without exception. Pursuant to the parties' agreed payment terms and established course of dealing, invoices were issued and payment became due typically fifteen (15) days after issuance of invoice.

17. On or about April 21, 2022, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $1,397.62 became due on May 6, 2022, but XPAC failed to pay.

18. On or about May 5, 2022, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $498.53 became due on May 20, 2022, but XPAC failed to pay.

19. On or about May 12, 2022, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $498.53 became due on May 27, 2022, but XPAC failed to pay.

20. On or about June 2, 2022, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $1,053.36 became due on June 17, 2022, but XPAC failed to pay.

21. On or about June 16, 2022, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $671.33 became due on July 1, 2022, but XPAC failed to pay.

22. On or about June 23, 2022, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $484.51 became due on July 8, 2022, but XPAC failed to pay.

23. On or about July 21, 2022, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $2,454.67 became due on August 5, 2022, but XPAC failed to pay.

24. On or about August 11, 2022, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $678.67 became due on August 26, 2022, but XPAC failed to pay.

25. On or about April 6, 2023, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $1,393.64 became due on April 21, 2023, but XPAC failed to pay.

26. On or about September 22, 2022, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $253.61 became due on October 7, 2022, but XPAC failed to pay.

27. On or about December 8, 2022, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $238.61 became due on December 23, 2022, but

XPAC failed to pay.

28. On or about January 19, 2023, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $980.96 became due on February 3, 2023, but XPAC failed to pay.

29. On or about February 16, 2023, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $462.15 became due on March 3, 2023, but XPAC failed to pay.

30. On or about February 16, 2023, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $1,468.84 became due on March 3, 2023, but XPAC failed to pay.

31. On or about April 6, 2023, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $594.59 became due on April 21, 2023, but XPAC failed to pay.

32. On or about April 6, 2023, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $2,127.56 became due on April 21, 2023, but XPAC failed to pay.

33. On or about April 6, 2023, TForce Freight issued an invoice to XPAC Corporation

for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $3,371.85 became due on April 21, 2023, but XPAC failed to pay.

34. On or about April 27, 2023, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $595.95 became due on May 12, 2023, but XPAC failed to pay.

35. On or about June 22, 2023, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $666.44 became due on July 7, 2023, but XPAC failed to pay.

36. On or about May 5, 2023, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $2,618.01 became due on May 20, 2023, but XPAC failed to pay.

37. On or about May 18, 2023, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $435.01 became due on June 2, 2023, but XPAC failed to pay.

38. On or about May 25, 2023, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $750.23 became due on June 9, 2023, but XPAC failed to pay.

39. On or about June 1, 2023, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of

dealing. Payment in the amount of $946.01 became due on June 16, 2023, but XPAC failed to pay.

40. On or about June 8, 2023, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $2,457.01 became due on June 23, 2023, but XPAC failed to pay.

41. On or about June 22, 2023, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $393.59 became due on July 7, 2023, but XPAC failed to pay.

42. On or about June 29, 2023, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $230.26 became due on July 14, 2023, but XPAC failed to pay.

43. On or about July 13, 2023, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $3,237.44 became due on July 28, 2023, but XPAC failed to pay.

44. On or about July 27, 2023, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $2,458.51 became due on August 11, 2023, but XPAC failed to pay.

45. On or about August 10, 2023, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties'

course of dealing. Payment in the amount of $270.89 became due on August 25, 2023, but XPAC failed to pay.

46. On or about August 17, 2023, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $2,284.07 became due on September 1, 2023, but XPAC failed to pay.

47. On or about September 28, 2023, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $2,542.51 became due on October 13, 2023, but XPAC failed to pay.

48. On or about October 12, 2023, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $468.01 became due on October 27, 2023, but XPAC failed to pay.

49. On or about October 5, 2023, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $210.76 became due on October 20, 2023, but XPAC failed to pay.

50. On or about October 5, 2023, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $2,684.22 became due on October 20, 2023, but XPAC failed to pay.

51. On or about December 7, 2023, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $3,337.95 became due on December 22, 2023, but XPAC failed to pay.

52. On or about October 26, 2023, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $3,629.99 became due on November 10, 2023, but XPAC failed to pay.

53. On or about November 30, 2023, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $239.11 became due on December 15, 2023, but XPAC failed to pay.

54. On or about November 30, 2023, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $821.82 became due on December 15, 2023, but XPAC failed to pay.

55. On or about January 12, 2024, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $2,093.74 became due on January 27, 2024, but XPAC failed to pay.

56. On or about January 25, 2024, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties'

course of dealing. Payment in the amount of $2,798.26 became due on February 9, 2024, but XPAC failed to pay.

57. On or about February 9, 2024, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $10,511.00 became due on February 24, 2024, but XPAC failed to pay.

58. On or about February 15, 2024, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $1,202.97 became due on March 1, 2024, but XPAC failed to pay.

59. On or about February 23, 2024, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $3,661.00 became due on March 9, 2024, but XPAC failed to pay.

60. On or about February 15, 2024, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $2,654.89 became due on March 1, 2024, but XPAC failed to pay.

61. On or about February 29, 2024, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $3,427.95 became due on March 15, 2024, but XPAC failed to pay.

62. On or about April 4, 2024, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $3,084.97 became due on April 19, 2024, but XPAC failed to pay.

63. On or about April 11, 2024, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $1,786.89 became due on April 26, 2024, but XPAC failed to pay.

64. On or about April 25, 2024, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $368.19 became due on May 10, 2024, but XPAC failed to pay.

65. On or about May 30, 2024, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $1,264.80 became due on June 14, 2024, but XPAC failed to pay.

66. On or about June 20, 2024, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $1,714.01 became due on July 5, 2024, but XPAC failed to pay.

67. On or about June 20, 2024, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of

dealing. Payment in the amount of $1,372.26 became due on July 5, 2024, but XPAC failed to pay.

68. On or about June 27, 2024, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $990.57 became due on July 12, 2024, but XPAC failed to pay.

69. On or about July 5, 2024, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $285.32 became due on July 20, 2024, but XPAC failed to pay.

70. On or about July 18, 2024, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $2,899.01 became due on August 2, 2024, but XPAC failed to pay.

71. On or about August 1, 2024, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $234.25 became due on August 16, 2024, but XPAC failed to pay.

72. On or about August 8, 2024, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $1,172.80 became due on August 23, 2024, but XPAC failed to pay.

73. On or about September 5, 2024, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties'

course of dealing. Payment in the amount of $815.16 became due on September 20, 2024, but XPAC failed to pay.

74. On or about September 9, 2024, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $3,008.70 became due on September 24, 2024, but XPAC failed to pay.

75. On or about October 23, 2024, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $4,598.19 became due on November 7, 2024, but XPAC failed to pay.

76. On or about December 27, 2024, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $661.96 became due on January 11, 2025, but XPAC failed to pay.

77. On or about January 10, 2025, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $673.55 became due on January 25, 2025, but XPAC failed to pay.

78. On or about January 16, 2025, TForce Freight issued an invoice to XPAC Corporation for transportation services performed pursuant to XPAC's request and the parties' course of dealing. Payment in the amount of $5,082.73 became due on January 31, 2025, but XPAC failed to pay.

***Efforts to Collect***

79. Sometime in 2024, TForce Freight consolidated certain XPAC billing accounts for administrative purposes with XPAC's knowledge. TForce Freight made clear and XPAC understood that the consolidation of accounts did not extinguish, reduce, or otherwise modify XPAC's obligation to pay for transportation services previously rendered, and all outstanding invoices remained due and payable notwithstanding the account merger.

80. As recently as May 2025, XPAC continued communications with TForce Freight concerning the outstanding invoices, including requests to review certain charges and representations by XPAC that payment would be issued. Through these communications, XPAC at all times acknowledged and confirmed the existence of the debt and its obligation to pay.

81. Throughout the period during which the invoices became due and up to the filing of this Complaint, TForce Freight made repeated good-faith demands for payment of the outstanding balances. Despite these demands, XPAC has failed and refused to remit payment.

82. And on at least one occasion, XPAC issued payment toward the outstanding balance, which payment was subsequently dishonored and returned for insufficient funds.

83. TForce Freight's action is founded upon an open account and claims for unpaid transportation services, and constitutes a liquidated money demand arising from the parties' course of dealing, bills of lading, and invoices, for which TForce Freight has maintained a systematic record of shipments, charges, payments, and outstanding balances.

## IV. CAUSES OF ACTION

### Count No. 1 – Collection of Money and Breach of Contract
### (*Acción de Cobro e Incumplimiento de Contrato under Puerto Rico Civil Code - Articles 1060, 1063, 1080, 1233, 31 L.P.R.A. §§ 8981, 8984, 9015, 9754*[1])

84. A valid and enforceable contractual relationship existed between TForce Freight and XPAC arising from the parties' course of dealing, agreed-upon quotes, bills of lading, and corresponding invoices, pursuant to which TForce Freight agreed to transport freight and XPAC agreed to pay for such services.

85. XPAC requested and received transportation services from TForce Freight, and TForce Freight fully performed its contractual obligations by transporting and delivering the shipments as requested.

86. TForce Freight issued invoices reflecting the agreed charges for the transportation services rendered, and the amounts charged were fair, reasonable, and consistent with the agreed rates, quotes, and the parties' established course of dealing.

87. After accounting for all payments, credits, and lawful offsets, XPAC is indebted to TForce Freight in the principal amount of $106,269.99, which sum is liquidated, due, and payable.

88. XPAC breached its contractual obligations by failing to pay for the transportation services rendered.

89. As a direct and proximate result of XPAC's breach, TForce Freight has sustained damages in the amount of $106,269.99, plus interest, costs, and other allowable relief.

---

[1] And any other applicable provisions of the *Código Civil de Puerto Rico de 2020* governing obligations, contracts, performance, breach, damages, and collection of debts.

**Count No. 2 – Unjust Enrichment**
**(*Enriquecimiento Injusto under Puerto Rico Civil Code – Article 1526, 31 L.P.R.A. § 10771*)**

90. TForce Freight incorporates paragraphs 1 through 83 above as if fully set forth herein, and further states and alleges as follows:

91. In the alternative, and only in the event the Court determines that no enforceable contract governs some or all of the transactions at issue, TForce Freight provided valuable transportation services to XPAC.

92. XPAC accepted and benefited from such transportation services in furtherance of its business operations.

93. XPAC's retention of the benefits of TForce Freight's services without payment constitutes unjust enrichment.

94. There is a direct causal connection between TForce Freight's provision of services and XPAC's benefit, and no legal justification exists for XPAC's failure to compensate TForce Freight.

95. As a result, XPAC has been unjustly enriched in the amount of $106,269.99, plus interest and allowable costs.

## V. PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff TForce Freight, Inc. respectfully requests that this Honorable Court enter judgment in its favor and against Defendant XPAC Corporation as follows:

A. Awarding Plaintiff TForce Freight the principal sum of $106,269.99 (or such other amount as proven at trial), representing the unpaid balance for transportation services rendered;

B. Awarding pre-judgment interest pursuant to the Puerto Rico Civil Code from the

date the amounts became due until the entry of judgment;

C. Awarding post-judgment interest pursuant to 28 U.S.C. § 1961 from the date of judgment until paid in full;

D. Awarding attorneys' fees pursuant to Rule 44.1(d) of the Puerto Rico Rules of Civil Procedure in the event the Court determines that XPAC has acted obstinately or in bad faith;

E. Awarding costs of suit and allowable expenses; and

F. Granting such other and further legal and equitable relief as this Court deems just and proper.

Respectfully submitted,

By: */s/ Coral del Mar López*
CORAL DEL MAR LÓPEZ
USDCPR No. 304203
clopez@stearnsweaver.com

**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: 305-789-3200
Facsimile: 305-789-3395

***Attorneys for Plaintiff TForce Freight, Inc.***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this same date, the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will simultaneously serve notice on all counsels of record to their registered e-mail addresses.